1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   ARTIFEX SOFTWARE, INC.
8
   MICHAEL H. BIERMAN (S.B. #89156)
9  michael.bierman@dentons.com
   DENTONS US LLP
10 300 South Grand Avenue, Suite 1400
   Los Angeles, California  90071
11 Telephone:    (213) 688-1000
   Facsimile:    (213) 243-6330
12
   Attorneys for Defendant
13 ENTWRX LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., | Case No. 3:14-cv-05231-MEJ |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** AND ORDER THEREON |
| v. | |
| ENTWRX LTD., | |
| Defendant. | |

   Plaintiff Artifex Software, Inc. ("Artifex") and Defendant Entwrx Ltd. ("Entwrx") hereby notify the Court that they have reached agreement on terms of a settlement in principle. Accordingly, the parties jointly request a 45-day continuance of the deadlines set forth in the Court's April 24, 2015 Case Management Order while the parties memorialize the terms in a

1  formal settlement agreement.  The parties anticipate that Artifex will execute a dismissal with

2  prejudice of this action following the parties' execution of the formal settlement agreement.

3

4       DATED:  October 7, 2015              Respectfully submitted,

5                                            O'MELVENY & MYERS LLP

6

7                                            By:    /s/ Darin W. Snyder
                                                 Darin W. Snyder
8                                                O'MELVENY & MYERS LLP
                                                 Two Embarcadero Center, 28th Floor
9                                                San Francisco, CA 94111
                                                 Tel: (415) 984-8700; Fax: (415) 984-8701
10
                                             Attorneys for Plaintiff
11                                           ARTIFEX SOFTWARE, INC.

12

13      DATED:  October 7, 2015              Respectfully submitted,

14                                           DENTONS US LLP

15

16                                           By:    /s/ Michael H. Bierman
                                                 Michael H. Bierman
17                                               DENTONS US LLP
                                                 300 South Grand Avenue, Suite 1400
18                                               Los Angeles, California  90071
                                                 Tel: (213) 688-1000; Fax: (213) 243-6330
19
                                             Attorneys for Defendant
20                                           ENTWRX LTD.

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

DATED: October 7, 2015         O'MELVENY & MYERS LLP

                    By:   */s/ Darin W. Snyder*
                              Darin W. Snyder

## [PROPOSED] ORDER

Pursuant to the foregoing Joint Notice, the Court hereby VACATES all case management deadlines set forth in the Court's April 24, 2015 Case Management Order. The parties shall file a stipulation for dismissal or status report by December 17, 2015.

IT IS SO ORDERED.

Dated: October 8, 2015

_____
Honorable Maria-Elena James
United States Magistrate Judge