1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   ARTIFEX SOFTWARE, INC.
8
   MICHAEL H. BIERMAN (S.B. #89156)
9  michael.bierman@dentons.com
   DENTONS US LLP
10 300 South Grand Avenue, Suite 1400
   Los Angeles, California  90071
11 Telephone:    (213) 688-1000
   Facsimile:    (213) 243-6330
12
   Attorneys for Defendant
13 ENTWRX LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ENTWRX LTD.,<br><br>           Defendant. | Case No. 3:14-cv-05231-MEJ<br><br>**JANUARY 8, 2016 JOINT STATUS REPORT AND STIPULATION AND ~~[PROPOSED]~~ ORDER** |

Plaintiff Artifex Software, Inc. ("Artifex") and Defendant Entwrx Ltd. ("Entwrx"), through their respective counsel of record, and subject to the approval of the Court, hereby agree and stipulate as follows:

1.  The parties' settlement discussions have continued since they filed their October 7, 2015 Joint Notice of Settlement in Principle and their December 17, 2015 Joint Status Report and Stipulation.

2.  The parties continue to make progress toward finalizing the outstanding terms in a formal settlement agreement.

3.  The parties would like to obtain additional time to exhaust their settlement efforts before the Court reinstates a case management order.

4.  Given the parties' continuing desire and effort to finalize a settlement agreement, good cause exists, and the parties respectfully ask the Court, to grant the parties until February 1, 2016 to finalize the remaining terms of the agreement.

DATED: January 8, 2016         Respectfully submitted,

                               O'MELVENY & MYERS LLP


                               By:    /s/ Darin W. Snyder
                                   Darin W. Snyder
                                   O'MELVENY & MYERS LLP
                                   Two Embarcadero Center, 28th Floor
                                   San Francisco, CA 94111
                                   Tel: (415) 984-8700; Fax: (415) 984-8701

                                   Attorneys for Plaintiff
                                   ARTIFEX SOFTWARE, INC.


DATED: January 8, 2016         Respectfully submitted,

                               DENTONS US LLP


                               By:    /s/ Michael H. Bierman
                                   Michael H. Bierman
                                   DENTONS US LLP
                                   300 South Grand Avenue, Suite 1400
                                   Los Angeles, California  90071
                                   Tel: (213) 688-1000; Fax: (213) 243-6330

                                   Attorneys for Defendant
                                   ENTWRX LTD.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

DATED: January 8, 2016            O'MELVENY & MYERS LLP

                                  By:  */s/ Darin W. Snyder*
                                       Darin W. Snyder

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Status Report and Stipulation, the Court grants the parties until February 1, 2016 to file a stipulation for dismissal or additional status report.

IT IS SO ORDERED.

Dated: January 8, 2016

_____
Honorable Maria-Elena James
United States Magistrate Judge