1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   ARTIFEX SOFTWARE, INC.
8
   MICHAEL H. BIERMAN (S.B. #89156)
9  michael.bierman@dentons.com
   DENTONS US LLP
10 300 South Grand Avenue, Suite 1400
   Los Angeles, California  90071
11 Telephone:    (213) 688-1000
   Facsimile:    (213) 243-6330
12
   Attorneys for Defendant
13 ENTWRX LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., | Case No. 3:14-cv-05231-MEJ |
| Plaintiff, | **FEBRUARY 23, 2016 JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| ENTWRX LTD., | |
| Defendant. | |

Plaintiff Artifex Software, Inc. ("Artifex") and Defendant Entwrx Ltd. ("Entwrx"), through their respective counsel of record, and subject to the approval of the Court, hereby agree and stipulate as follows:

1. The parties' settlement discussions have continued since they filed their October 7, 2015 Joint Notice of Settlement in Principle, their December 17, 2015 Joint Status Report and Stipulation, their January 8, 2016 Joint Status Report and Stipulation, and their February 1, 2016 Joint Status Report and Stipulation.

2. The parties continue to make progress toward finalizing the outstanding terms in a formal settlement agreement.

3. The parties would like to obtain additional time to exhaust their settlement efforts before the Court reinstates a case management order.

4. Given the parties' continuing desire and effort to finalize a settlement agreement, good cause exists, and the parties respectfully ask the Court, to grant the parties until March 7, 2016 to finalize the remaining terms of the agreement.

DATED: February 23, 2016         Respectfully submitted,

                                 O'MELVENY & MYERS LLP


                                 By:   /s/ Darin W. Snyder
                                       Darin W. Snyder
                                       O'MELVENY & MYERS LLP
                                       Two Embarcadero Center, 28th Floor
                                       San Francisco, CA 94111
                                       Tel: (415) 984-8700; Fax: (415) 984-8701

                                       Attorneys for Plaintiff
                                       ARTIFEX SOFTWARE, INC.

DATED: February 23, 2016         Respectfully submitted,

                                 DENTONS US LLP


                                 By:   /s/ Michael H. Bierman
                                       Michael H. Bierman
                                       DENTONS US LLP
                                       300 South Grand Avenue, Suite 1400
                                       Los Angeles, California  90071
                                       Tel: (213) 688-1000; Fax: (213) 243-6330

                                       Attorneys for Defendant
                                       ENTWRX LTD.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

DATED: February 23, 2016   O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
Darin W. Snyder

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Status Report and Stipulation, the Court grants the parties until March 7, 2016 to file a stipulation for dismissal or additional status report.

IT IS SO ORDERED.

Dated: _____February 23, 2016_____   _____
Honorable Maria-Elena James
United States Magistrate Judge