DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

MICHAEL H. BIERMAN (S.B. #89156)
michael.bierman@dentons.com
DENTONS US LLP
300 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Defendant
ENTWRX LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENTWRX LTD., <br><br> Defendant. | Case No. 3:14-cv-05231-MEJ <br><br> **MARCH 7, 2016 JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER** |

Plaintiff Artifex Software, Inc. ("Artifex") and Defendant Entwrx Ltd. ("Entwrx"), through their respective counsel of record, and subject to the approval of the Court, hereby agree and stipulate as follows:

1. The parties' settlement discussions have continued since they filed their October 7, 2015 Joint Notice of Settlement in Principle, their December 17, 2015 Joint Status Report and Stipulation, their January 8, 2016 Joint Status Report and Stipulation, their February 1, 2016 Joint Status Report and Stipulation, and their February 23, 2016 Joint Status Report and Stipulation.

2. The parties continue to make progress toward finalizing the outstanding terms in a formal settlement agreement.

3. The parties would like to obtain additional time to exhaust their settlement efforts before the Court reinstates a case management order.

4. Given the parties' continuing desire and effort to finalize a settlement agreement, good cause exists, and the parties respectfully ask the Court, to grant the parties until March 21, 2016 to finalize the remaining terms of the agreement.

DATED: March 7, 2016          Respectfully submitted,

                                          O'MELVENY & MYERS LLP

                                          By:  */s/ Darin W. Snyder*
                                          Darin W. Snyder
                                            O'MELVENY & MYERS LLP
                                            Two Embarcadero Center, 28th Floor
                                            San Francisco, CA 94111
                                            Tel: (415) 984-8700; Fax: (415) 984-8701

                                            Attorneys for Plaintiff
                                            ARTIFEX SOFTWARE, INC.

DATED: March 7, 2016          Respectfully submitted,

                                            DENTONS US LLP

                                            By:  */s/ Michael H. Bierman*
                                            Michael H. Bierman
                                            DENTONS US LLP
                                            300 South Grand Avenue, Suite 1400
                                            Los Angeles, California 90071
                                            Tel: (213) 688-1000; Fax: (213) 243-6330

                                            Attorneys for Defendant
                                            ENTWRX LTD.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

DATED: March 7, 2016         O'MELVENY & MYERS LLP

                             By:   /s/ Darin W. Snyder
                                   Darin W. Snyder

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Status Report and Stipulation, the Court grants the parties until March 21, 2016 to file a stipulation for dismissal or additional status report.

IT IS SO ORDERED.

Dated: March 8, 2016

Honorable Maria-Elena James
United States Magistrate Judge