1 | DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
2 | DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
3 | JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
4 | O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
5 | San Francisco, California 94111-3823
Telephone:   (415) 984-8700
6 | Facsimile:   (415) 984-8701

7 | Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

8 | MICHAEL H. BIERMAN (S.B. #89156)
9 | michael.bierman@dentons.com
DENTONS US LLP
10 | 601 South Figueroa Street, Suite 2500
Los Angeles, California 90071-5704
11 | Telephone:   (213) 623-9300
Facsimile:   (213) 623-9924

12 | Attorneys for Defendant
13 | ENTWRX LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> ENTWRX LTD., <br><br>          Defendant. | Case No. 3:14-cv-05231-MEJ <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER** |

**STIPULATION**

Plaintiff Artifex Software, Inc. ("Artifex") and defendant Entwrx Ltd., through their respective counsel of record, and subject to the approval of the court, hereby agree and stipulate as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Artifex hereby dismisses with prejudice all claims against defendant in the above-captioned case. Each party shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

DATED: April 26, 2016          Respectfully submitted,

                               O'MELVENY & MYERS LLP


                               By:  /s/ Darin W. Snyder
                                    Darin W. Snyder
                                    O'MELVENY & MYERS LLP
                                    Two Embarcadero Center, 28th Floor
                                    San Francisco, California 94111-3823
                                    Tel: (415) 984-8700; Fax: (415) 984-8701

                                    Attorneys for Plaintiff
                                    ARTIFEX SOFTWARE, INC.

DATED: April 26, 2016          Respectfully submitted,

                               DENTONS US LLP


                               By:  /s/ Michael H. Bierman
                                    Michael H. Bierman
                                    DENTONS US LLP
                                    601 South Figueroa Street, Suite 2500
                                    Los Angeles, California  90071-5704
                                    Tel: (213) 623-9300; Fax: (213) 623-9924

                                    Attorneys for Defendant
                                    ENTWRX LTD.

- 2 -   STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05231-MEJ

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

DATED: April 26, 2016          O'MELVENY & MYERS LLP

                               By:   */s/ Darin W. Snyder*
                                            Darin W. Snyder

**[PROPOSED] ORDER**

IT IS ORDERED that the forgoing Stipulation of Dismissal with Prejudice is approved. This action is hereby dismissed with prejudice.

Dated: __April 27__, 2016     _____
Honorable Maria-Elena James
United States Magistrate Judge